**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6477

HAYWARD LEON ROGERS,

                                    Plaintiff - Appellant,

            versus

LIEUTENANT JOHN BRINKLEY, Guard, McCormick
Correctional Institution; MCCORMICK
CORRECTIONAL INSTITUTION; SOUTH CAROLINA
DEPARTMENT OF CORRECTIONS,

                                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Margaret B. Seymour, District Judge.
(8:06-cv-01278-MBS)

Submitted:  June 21, 2007            Decided:  June 29, 2007

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hayward Leon Rogers, Appellant Pro Se.  Roy F. Laney, Nikole Deanna
Haltiwanger, Thomas Lowndes Pope, RILEY, POPE & LANEY, LLC,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hayward Leon Rogers appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Rogers' motion to remand the case and affirm for the reasons stated by the district court. Rogers v. Brinkley, No. 8:06-cv-01278-MBS (D.S.C. Mar. 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED